## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHAWN DONELL JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0920 |
| | § | |
| ELIZABETH NGASSA, *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

Shawn Donell Jones, a state inmate proceeding *pro se* and impliedly seeking leave to proceed *in forma pauperis*, filed this section 1983 lawsuit against prison officers for their alleged violation of his constitutional rights.

Public federal court records show that plaintiff is a "three-strikes" inmate under 28 U.S.C. § 1915(g). Plaintiff filed at least four frivolous prior lawsuits in federal court while in custody as a pretrial detainee or state inmate. *See Jones v. Selmon*, C.A. No. H-16-0529 (S.D. Tex. June 30, 2016); *Jones v. Jefferson County Jail*, C.A. No. 1:96-cv-0160 (E.D. Tex. Nov. 14, 1996); *Jones v. Jefferson County District Attorney's Office*, C.A. No.1:96-cv-0140 (E.D. Tex. Dec. 6, 1996); *Jones v. Jefferson County Jail*, C.A. No. 1:96-cv-0876 (E.D. Tex. Feb. 14, 1997).[1]

---

[1]Records for four of plaintiff's prior convictions appear in the state court record filed in his federal habeas case, *Jones v. Thaler*, C.A. No 1:12-cv-0551 (E.D. Tex. 2012). In Docket Entry No. 14-6 at page 15 of that case, plaintiff's Jefferson County pretrial detainee number is shown as 161408. The three section 1983 lawsuits filed by Shawn Donell Jones reflect a Jefferson County pretrial detainee number of 161408. Consequently, the Shawn Donell Jones who filed the three frivolous lawsuits in the Eastern District of Texas is the same Shawn Donell Jones who filed

The instant complaint does not demonstrate that plaintiff was in imminent danger of serious physical injury at the time he filed the case, and he is barred from proceeding *in forma pauperis* herein. 28 U.S.C. § 1915(g).

This case is DISMISSED WITHOUT PREJUDICE under section 1915(g). All pending motions are DENIED AS MOOT. Plaintiff may move to reinstate this case in writing upon payment of the full $400.00 filing fee within twenty-eight days from date of this order.

Signed at Houston, Texas on March 26, 2018.

Gray H. Miller
United States District Judge

the instant lawsuit.